# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## INSTANTER ORDER

April 9, 2024

*By the Court*:

| | |
|---|---|
| No. 24-1178 | ALPER KOLCU,<br>            Plaintiff - Appellant<br><br>v.<br><br>VERIZON COMMUNICATIONS, INCORPORATED, et al.,<br>            Defendants - Appellees |
| **Originating Case Information:** | |
| District Court No: 2:23-cv-00849-WED<br>Eastern District of Wisconsin<br>Magistrate Judge William E. Duffin | |

Upon consideration of **ALPER KOLCU'S MOTION FOR LEAVE TO FILE INSTANTER THE SEPARATE APPENDIX TO APPELLANT'S JURISDICTIONAL MEMORANDUM**, filed on April 8, 2024, by the pro se appellant,

**IT IS ORDERED** that the motion is **GRANTED** to the extent that the clerk shall file **INSTANTER** the appellant's tendered amended jurisdictional memorandum.

form name: **c7_InstanterOrderFiled**     (form ID: **123**)