Case No. 24-1178

IN THE
UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

Alper Kolcu,
Plaintiff-Appellant,
v.
Verizon Communications, Incorporated, et al.
Defendants-Appellees.

---

Appeal from the United States District Court
for the Eastern District of Wisconsin
The Honorable William E. Duffin, Magistrate Judge
Case No. 2:23-CV-00849

---

**MOTION OF DEFENDANTS-APPELLEES FOR LEAVE TO FILE RESPONSE TO PLAINTIFF-APPELLANT'S AMENDED JURISDICTIONAL MEMORANDUM**

---

Brian G. Nuedling
Jackson Lewis, P.C.
22 E. Mifflin Street, Suite 800
Madison, WI 53703
Telephone: (608) 807-5278
Facsimile: (608) 260-0058
Email: *brian.nuedling@jacksonlewis.com*
Attorneys for Defendants-Appellees
Verizon Communications, Inc., et al.

Defendants-Appellees, by and through their undersigned counsel in the matter captioned above, hereby file the following Motion for Leave to File a Response to Plaintiff-Appellant's Amended Jurisdictional Memorandum. In support of this motion, Defendants-Appellees state as follows:

1. On or about February 6, 2024, Plaintiff-Appellant initiated the matter captioned matter by docketing a private civil case with this Court. (Dkt. No. 1.)

2. On February 7, 2024, this Court issued an Order, directing Plaintiff-Appellant to file a brief memorandum, stating why his appeal should not be dismissed for lack of jurisdiction. (Dkt. No. 3.) This Court directed Plaintiff-Appellant to file his memorandum on or before February 22, 2024. (*Id.*)

3. On March 5, 2024, Plaintiff-Appellant filed a motion to extend the time to file Appellant's brief. (Dkt. No. 5.)

4. On March 6, 2024, this Court issued an Order, denying Plaintiff-Appellant's motion to extend the time to file an opening brief, as briefing in this appeal has been suspended, but granting the motion to the extent that it related to an extension of time to file Plaintiff-Appellant's response to this Court's Order of February 7, 2024. (Dkt. No. 8.) This Court directed Plaintiff-Appellant to file his memorandum on or before March 20, 2024. (*Id.*)

5. On March 20, 2024, Plaintiff-Appellant filed his Jurisdictional Memorandum. (Dkt. No. 11.)

6. On March 21, 2024, this Court issued an Order, directing Defendants-Appellees to file a response to Plaintiff-Appellant's filing, addressing the jurisdictional issues raised in this Court's Order of February 7, 2024. (Dkt. No. 12.)

This Court directed Defendants-Appellees to file their memorandum on or before March 28, 2024. (*Id.*)

7. On March 28, 2024, Defendants-Appellees filed their response to Plaintiff-Appellant's Jurisdictional Memorandum. (Dkt. No. 13.)

8. On April 8, Plaintiff-Appellant filed a Motion for Leave to File Instanter the Separate Appendix to Appellant's Jurisdictional Memorandum. (Dkt. No. 14.)

9. On April 9, 2024, this Court issued an Order, granting Plaintiff-Appellant's Motion for Leave to File Instanter the Separate Appendix to Appellant's Jurisdictional Memorandum, to the extent that the clerk shall file instanter Plaintiff-Appellant's tendered Amended Jurisdicrtional Memorandum. (Dkt. No. 15.)

10. On April 9, 2024, this Court entered the Amended Jurisdictional Memorandum of Plaintiff-Appellant.

11. A review of Plaintiff-Appellant's Amended Jurisdictional Memorandum indicates that Plaintiff-Appellant made several changes that are <u>substantively</u> different from his original Jurisdictional Memorandum, to which Defendants-Appellees have already responded.

12. Defendants-Appellees, therefore, request that they be granted leave to file a response to Plaintiff-Appellant's Amended Jurisdictional Memorandum, in light of the substantive changes made by Plaintiff-Appellant therein.

13. Defendants-Appellees request that they be permitted one week, to April 19, 2024, to file a response to Plaintiff-Appellant's Amended Jurisdictional Memorandum.

WHEREFORE, Defendants-Appellees respectfully request that this Court issue an Order, permitting Defendants-Appellees to file a response to Plaintiff-Appellant's Amended Jurisdictional Memorandum by on or before April 19, 2024.

Dated: April 12, 2024.

        Respectfully submitted,

        **DEFENDANTS-APPELLEES,**
        **VERIZON COMMUNICATIONS, INC., et al.**

        By:    /s/ Brian G. Nuedling
                  One of Their Attorneys

Brian G. Nuedling
Jackson Lewis, P.C.
22 E. Mifflin Street, Suite 800
Madison, WI 53703
Telephone: (608) 807-5278
Facsimile: (608) 260-0058
Email: *brian.nuedling@jacksonlewis.com*

## Fed. R. App. P. 32(a)(7)(B) CERTIFICATE OF COMPLIANCE

This document complies with the type-volume limitation of Fed. R. App. P. 27(d) because it contains 469 words. In making this certification, the undersigned counsel relies on the word-count feature of Microsoft Word, used to prepare this brief.

This brief also complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because this brief has been prepared in a proportionally spaced typeface using Microsoft Word in Century, double-spaced, 12-point font, with single-spaced footnote text in 11-point font.

Dated:  April 12, 2024.

**DEFENDANTS-APPELLEES,
VERIZON COMMUNICATIONS, INC., et al.**

By:     /s/ Brian G. Nuedling
       One of Their Attorneys

Brian G. Nuedling
Jackson Lewis, P.C.
22 E. Mifflin Street, Suite 800
Madison, WI 53703
Telephone: (608) 807-5278
Facsimile: (608) 260-0058
Email: *brian.nuedling@jacksonlewis.com*

## CERTIFICATE OF SERVICE

I hereby certify that on April 12, 2024, the Motion Of Defendants-Appellees For Leave To File Response To Plaintiff-Appellant's Amended Jurisdictional Memorandum was filed with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the appellate CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF System.

I further certify that some of the participants in this case are not CM/ECF users. I have mailed the foregoing document by First Class Mail, postage prepaid, on this day, to the following non-CM/ECF participants:

Alper Kolcu
225 N. 66th Street
Milwaukee, WI 53213

Dated: April 12, 2024.

**DEFENDANTS-APPELLEES,
VERIZON COMMUNICATIONS, INC., et al.**

By:  /s/ Brian G. Nuedling
     One of Their Attorneys

Brian G. Nuedling
Jackson Lewis, P.C.
22 E. Mifflin Street, Suite 800
Madison, WI 53703
Telephone: (608) 807-5278
Facsimile: (608) 260-0058
Email: *brian.nuedling@jacksonlewis.com*

4892-7469-7398, v. 1