# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

April 16, 2024

*By the Court:*

| No. 24-1178 | ALPER KOLCU, <br>   Plaintiff - Appellant <br><br> v. <br><br> VERIZON COMMUNICATIONS, INCORPORATED, et al., <br>   Defendants - Appellees |
|---|---|
| **Originating Case Information:** ||
| District Court No: 2:23-cv-00849-WED <br> Eastern District of Wisconsin <br> Magistrate Judge William E. Duffin ||

Upon consideration of the **MOTION OF DEFENDANTS-APPELLEES FOR LEAVE TO FILE RESPONSE TO PLAINTIFF-APPELLANT'S AMENDED JURISDICTIONAL MEMORANDUM**, filed on April 12, 2024, by counsel for the appellees,

**IT IS ORDERED** that the motion is **GRANTED**. The appellees may file a response to the appellant's amended jurisdictional memorandum by April 19, 2024.


form name: **c7_Order_BTC**    (form ID: **178**)