# United States Court of Appeals
**For the Seventh Circuit**
Chicago, Illinois 60604

May 2, 2024

*Before:*

**Michael B. Brennan,** *Circuit Judge*
**Candace Jackson-Akiwumi,** *Circuit Judge*
**Joshua P. Kolar,** *Circuit Judge*

No. 24-1178

| | |
|---|---|
| ALPER KOLCU, | Appeal from the United |
| *Plaintiff - Appellant,* | States District Court for |
| | the Eastern District of Wisconsin. |
| v. | |
| | No. 2:23-cv-00849-WED |
| VERIZON COMMUNICATIONS, | |
| INCORPORATED, et al., | William E. Duffin, |
| *Defendants - Appellees.* | *Magistrate Judge.* |

**O R D E R**

On consideration of the papers filed in this appeal and review of the record in this case,

IT IS ORDERED that this appeal is DISMISSED for lack of jurisdiction.

Generally, an appeal may not be taken in a civil case until a final judgment disposing of all claims against all parties is entered on the district court's civil docket pursuant to Fed. R. Civ. P. 58. *See Alonzi v. Budget Construction Co.*, 55 F.3d 331, 333 (7th Cir. 1995); *Cleaver v. Elias*, 852 F.2d 266 (7th Cir. 1988).

The district court has not entered a final judgment under Rule 58 of the Federal Rules of Civil Procedure, and for good reason. Plaintiff Alper Kolcu's case continues in the district court against defendant Verizon Communications, Inc. on a number of

claims. There is no basis to seek appellate review at this time. Plaintiff Kolcu must wait until entry of a final judgment to seek appellate review of the rulings he wants to appeal.