# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

May 24, 2024

To: Gina M. Colletti
UNITED STATES DISTRICT COURT
Eastern District of Wisconsin
Milwaukee, WI 53202-0000

| | |
|---|---|
| No. 24-1178 | ALPER KOLCU,<br>          Plaintiff - Appellant<br><br>v.<br><br>VERIZON COMMUNICATIONS, INCORPORATED, et al.,<br>          Defendants - Appellees |
| **Originating Case Information:** | |
| District Court No: 2:23-cv-00849-WED<br>Eastern District of Wisconsin<br>Magistrate Judge William E. Duffin | |

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

RECORD ON APPEAL STATUS:              No record to be returned

form name: **c7_Mandate**    (form ID: **135**)